THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCHEX SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADMINISTRADORA DE MARCAS Y FRANQUICIAS, S.A. DE C.V., <br><br> Defendant. | No. 2:12-cv-02069-MJP <br><br> **DECLARATION OF KATHERINE A. HEATON IN SUPPORT OF MARCHEX SALES, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT** |

I, Katherine A. Heaton, declare as follows:

1. I am an attorney with the law firm DLA Piper LLP (US) and counsel of record for plaintiff Marchex Sales, Inc. ("Marchex"). I have personal knowledge of the matters set forth herein, and if called to testify could and would competently do so.

2. On November 27, 2012, Marchex filed this lawsuit against Mexican defendant Administradora de Marcas y Franquicias, S.A. de C.V. ("Administradora"), seeking declaratory relief, pursuant to 15 U.S.C. § 1114(2)(D)(v), to establish that its registration and use of the domain name <priceshoes.com> is lawful under the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)). This lawsuit was filed in response to an administrative Panel decision by the World Intellectual Property Organization ("WIPO"), which ordered the transfer of the domain name <priceshoes.com> to Administradora.

3.  Administradora filed a complaint with WIPO on August 3, 2012. According to this complaint, Administradora is a Mexican Corporation with its principal place of business in Mexico City. An online search has revealed no agents or offices of Administradora within the United States.

4.  Marchex has retained APS International, Ltd. ("APS") to assist with the task of serving defendant Administradora with the Complaint and Summons in this lawsuit. According to its website (http://www.civilactiongroup.com), APS has been serving documents abroad since 1983, and was rated #1 by the U.S. Department of Justice for its technical capabilities, business design, and experience. A representative from APS informed me that service in Mexico usually takes four to six months.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 22nd day of January, 2013.

*s/Katherine A. Heaton*
Katherine A. Heaton, WSBA No. 44075

EAST\54681549.1

DECLARATION OF KATHERINE A. HEATON IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES - 2
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800