THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCHEX SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADMINISTRADORA DE MARCAS Y FRANQUICIAS, S.A. DE C.V., <br><br> Defendant. | No. 2:12-cv-02069-MJP <br><br> [PROPOSED] ORDER GRANTING MARCHEX SALES, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |

This matter came before the Court on plaintiff Marchex Sales, Inc.'s Unopposed Motion to Extend Deadlines for Initial Disclosures, Joint Status Report and Early Settlement (the "Motion"). The Court has reviewed the Motion as well as any related filings. Based on the foregoing, it is hereby ORDERED that:

Plaintiff Marchex Sales, Inc.'s Unopposed Motion to Extend Deadlines for Initial Disclosures, Joint Status Report and Early Settlement is GRANTED.

The initial scheduling dates are extended as follows:

    Deadline for FRCP 26(f) Conference:    7/31/2013

    Initial Disclosures Pursuant to FRCP 26(a)(1):    8/7/2013

[PROPOSED] ORDER GRANTING MARCHEX SALES,
INC.'S UNOPPOSED MOTION TO EXTEND
DEADLINES - 1
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1  Combined Joint Status Report and Discovery
   Plan as Required by FRCP 26(f)
2  and Local Civil Rule 26(f):    8/14/2013

3

4  Dated this 24 day of January, 2012.

5

6  _____
   Marsha J. Pechman
7  United States District Judge

8
   Presented by:
9

10

11 *s/ Stellman Keehnel*
   Stellman Keehnel, WSBA No. 9309
12 Katherine A. Heaton, WSBA No. 44075
   DLA PIPER LLP (US)
13 701 Fifth Avenue, Suite 7000
   Seattle, WA 98104-7044
14 Tel: 206.839.4800
   Fax: 206.839.4801
15 E-mail: stellman.keehnel@dlapiper.com
   Email: katherine.heaton@dlapiper.com
16

17 Attorneys for plaintiff Marchex Sales, Inc.

18 EAST\54681614.1

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING MARCHEX SALES,           DLA Piper LLP (US)
INC.'S UNOPPOSED MOTION TO EXTEND                  701 Fifth Avenue, Suite 7000
DEADLINES - 2                                      Seattle, WA 98104-7044 | Tel: 206.839.4800
No. 2:12-cv-02069-MJP