THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCHEX SALES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADMINISTRADORA DE MARCAS Y FRANQUICIAS, S.A. DE C.V.,<br><br>　　　　　Defendant. | No. 2:12-cv-02069-MJP<br><br>**PLAINTIFF MARCHEX SALES, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 12, 2013 |

**STATEMENT OF NON-OPPOSITION**

Plaintiff Marchex Sales, Inc. does not oppose defendant's Motion to Extend Time to Answer, Move, or Otherwise Plead to the Complaint. On the afternoon of April 4, 2013, defense counsel asked plaintiff's counsel to stipulate, by noon the following day, to extend the deadline for defendant to respond to the complaint. Plaintiff's counsel was not able to secure the requested authorization by noon on April 5, in part because, given the mechanics of international service in Mexico, it was impossible for plaintiff's counsel, in the short time allowed, even to determine when defendant had been served.

Plaintiff does not oppose the motion and offered to stipulate to the requested extension on April 9, 2013. Defense counsel indicated a preference to have the Court rule on the motion.

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE COMPLAINT - 1
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1   Respectfully submitted this 10th day of April, 2013.

2

3                                           *s/ Stellman Keehnel*
    Stellman Keehnel, WSBA No. 9309
4   Katherine A. Heaton, WSBA No. 44075
    DLA PIPER LLP (US)
5   701 Fifth Avenue, Suite 7000
    Seattle, WA  98104-7044
6   Tel:   206.839.4800
    Fax:  206.839.4801
7   E-mail:  stellman.keehnel@dlapiper.com
    Email:  katherine.heaton@dlapiper.com
8

9   Attorneys for plaintiff Marchex Sales, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO
MOTION TO EXTEND TIME TO ANSWER, MOVE, OR
OTHERWISE PLEAD TO THE COMPLAINT - 2
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

Dated this 10th day of April, 2013.

*s/ Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309

EAST\55536946.1

PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE COMPLAINT - 3
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800