THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARCHEX SALES, INC., <br><br> Plaintiff <br><br> v. <br><br> ADMINISTRADORA DE MARCAS Y FRANQUICIAS, S.A. DE C.V., <br><br> Defendant | No. 2:12-cv-02069-MJP <br><br> [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME IN WHICH MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT <br><br> **NOTE ON MOTION CALENDAR** <br> Friday, April 12, 2013 |

The relief requested in its Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint is **GRANTED**. Defendant's Answer or Response to Complaint shall be filed by April 19, 2013.

*/s/ Marsha J. Pechman*

Honorable Marsha J. Pechman
United States District Judge

PROPOSED ORDER
Case No. 2:12-cv-02069-MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51287918.1