THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCHEX SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADMINISTRADORA DE MARCAS Y FRANQUICIAS, S.A. DE C.V., <br><br> Defendant. | No. 2:12-cv-02069-MJP <br><br> **PLAINTIFF MARCHEX SALES, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marchex Sales, Inc. voluntarily dismisses defendant Administradora de Marcas y Franquicias, S.A. de C.V., and this action, with prejudice, each party to bear its own costs, expenses, and attorneys' fees.  Defendant has not yet served an answer or a motion for summary judgment.

Respectfully submitted this 18th day of April, 2013.

*s/ Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309
Katherine A. Heaton, WSBA No. 44075
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044
Tel:  206.839.4800
Fax:  206.839.4801
E-mail:  stellman.keehnel@dlapiper.com
Email:  katherine.heaton@dlapiper.com

Attorneys for plaintiff Marchex Sales, Inc.

PLAINTIFF MARCHEX SALES, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1
No. 2:12-cv-02069-MJP

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

Dated this 18th day of April, 2013.

                                          *s/ Stellman Keehnel*
                                          Stellman Keehnel, WSBA No. 9309

EAST\55615113.1